McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL ROMANIAN PENTECOSTAL CHURCH, GABRIEL ALIN BOB & LAVINIA MONICA BOB,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, ET AL.<br><br>Defendants/Respondents. | No. 2:08-cv-02871-MCE-EFB<br><br>JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiffs/petitioners have challenged the denial of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). Due to the complexity of the issues presented in this matter, government counsel requests additional time to respond to the complaint, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until April 2, 2009.

Dated: February 2, 2009

                                              McGREGOR W. SCOTT
                                              United States Attorney

By: /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By: /s/ Jagdip Singh Sekhon
      Jagdip Singh Sekhon
      Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to April 2, 2009.

IT IS SO ORDERED.

Dated: February 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE