UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GABRIEL ALIN BOB, et al.,            No. 2:08-cv-02871-MCE-EFB

      Plaintiffs,

  v.                                   ORDER

MICHAEL CHERTOFF, et al.,

      Defendants.

----oo0oo----

Pursuant to, *inter alia*, 28 U.S.C. § 2241, Plaintiffs filed the instant Petition for Writ of Habeas Corpus challenging 1) Defendants' denial of the individual Plaintiffs' application to adjust their status to that of legal permanent residents, and 2) Defendants' refusal to grant the individual Plaintiffs an adjustment of status.  Defendants subsequently moved to dismiss Plaintiffs' Complaint for lack of jurisdiction because Plaintiffs have not yet exhausted their available administrative remedies. On May 27, 2009, Plaintiffs filed a statement of non-opposition to such a dismissal.

Accordingly, Defendants' Motion to Dismiss (Docket No. 12) is hereby GRANTED.[1]  The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 1, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Cal. Local Rule 78-230(h).